# United States District Court
## For The Western District of North Carolina
## Statesville Division

MOSES FAISON,

                Plaintiff(s),                         JUDGMENT IN A CIVIL CASE

vs.                                          CASE NO. 5:06CV50-1-MU

OFFICER DEAL,

                Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 15, 2006, Order.

                Signed: September 15, 2006

Frank G. Johns, Clerk
United States District Court